In The 



Court of Appeals



Ninth District of Texas at Beaumont


________________



NO. 09-09-00396-CV


 _____________________



CHINARA BUTLER, INDIVIDUALLY AND AS INDEPENDENT


 ADMINISTRATRIX OF THE ESTATE OF CHAD BUTLER, Appellant



V.



BYRON HILL D/B/A NOMAD, Appellee







On Appeal from the County Court


Jefferson County, Texas


Trial Cause No. 96118






MEMORANDUM OPINION



 Appellant, Chinara Butler, individually and as independent administrator of the Estate
of Chad Butler, filed a notice of appeal. We questioned our jurisdiction of the appeal and
requested from appellant a response identifying the order that ended the discrete phase of the
probate proceedings, or identifying an appealable order. We did not receive a response. 

 It appears this Court lacks jurisdiction over the appeal. To the extent this appeal
relates to the order that this Court required be vacated in a separate mandamus proceeding,
this appeal is moot. The appeal is dismissed.

 APPEAL DISMISSED.


 _________________________________

 DAVID GAULTNEY

 Justice

Opinion Delivered December 17, 2009 

Before McKeithen, C.J., Gaultney and Horton, JJ.